IN THE UNTIED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| YMINI CHEN and QINGMIAN LI<br><br>      Plaintiff,<br><br>v.<br><br>HASSAN ABDI ELMI, J.B. HUNT TRANSPORTATION, INC., JOHN DOES 1-10 and ABC CORPORATION 1-10,<br><br>      Defendants. | Civil Action No.: 07cv274 |

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Michael I. Silverman, Esquire, of Silverman McDonald & Friedman, as attorney for Plaintiffs Ymini Chen and Quingmian Li.

SILVERMAN, McDONALD & FRIEDMAN

_____
MICHAEL I. SILVERMAN, ESQUIRE
Bar I.D. No.: 3034
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Plaintiffs

Date: June 6, 2007

IN THE UNTIED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| YMINI CHEN and QINGMIAN LI<br><br>    Plaintiff,<br><br>v.<br><br>HASSAN ABDI ELMI, J.B. HUNT TRANSPORTATION, INC., JOHN DOES 1-10 and ABC CORPORATION 1-10,<br><br>    Defendants. | Civil Action No.: 07cv274 |

**CERTIFICATE OF SERVICE**

I, Michael I. Silverman, Esquire, do hereby certify that two copies of the Entry of Appearance were deposited in the United States Mail, first class postage prepaid, on June 6, 2007 to:

Delia A. Clark, Esquire
RAWLE & HENDERSON
300 Delaware Avenue
Suite 1015, P.O. Box 588
Wilmington, DE 19899-0588

SILVERMAN, McDONALD & FRIEDMAN

MICHAEL I. SILVERMAN, ESQUIRE
Bar I.D. No.: 3034
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Plaintiffs

DATED: June 6, 2007

cc: George F. Hendricks, Esquire