IN THE UNTIED STATES DISTRICT COURT
DISTRICT OF DELAWARE

YMINI CHEN and QINGMIAN LI    :
                              :   Civil Action No.: 07cv274
        Plaintiff,             :
                              :
   v.                          :
                              :
HASSAN ABDI ELMI, J.V. HUNT    :
TRANSPORTATION, INC., JOHN     :
DOES 1-10 and ABC CORPORATION  :
1-10,                          :
                              :
        Defendants.            :

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of George F. Hendericks to represent Ymini Chen and Qingmian Li in this matter.

Signed: _____
MICHAEL I. SILVERMAN, ESQUIRE
Delaware Bar I.D. No.: 3034
1010 North Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Plaintiffs Ymini Chen and Qingmian Li

Date: June 6, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____           _____
                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
Date: 6-6-07

IN THE UNTIED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| YMINI CHEN and QINGMIAN LI  :  <br>  :  Civil Action No.: 07cv274<br>Plaintiff,  :  <br>  :  <br>v.  :  <br>  :  <br>HASSAN ABDI ELMI, J.B. HUNT  :  <br>TRANSPORTATION, INC., JOHN  :  <br>DOES 1-10 and ABC CORPORATION  :  <br>1-10,  :  <br>  :  <br>Defendants.  :  | |

## CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esquire, do hereby certify that two copies of Motion and Order for Admission Pro Hac Vice were deposited in the United States Mail, first class postage prepaid, on June 8, 2007 to:

Delia A. Clark, Esquire
RAWLE & HENDERSON
300 Delaware Avenue
Suite 1015, P.O. Box 588
Wilmington, DE 19899-0588

SILVERMAN, McDONALD & FRIEDMAN

/s/Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE
Bar I.D. No.: 3034
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Attorney for Plaintiffs

DATED:  June 8, 2007

cc: George F. Hendricks, Esquire