IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| YIMIN CHEN and QINGMIAN LI, | : |
| Plaintiffs, | : CIVIL ACTION NO.: 1:07-00274 (SLR) |
| v. | : |
| HASSAN ABDI ELMI, J.B. HUNT TRANSPORT, INC., JOHN DOES 1-10 and ABC CORPORATION 1-10, | : |
| | : JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Delia A. Clark, Esq., do hereby certify that on July 20, 2007, I have caused to be sent via first class mail DEFENDANTS INTERROGATORIES DIRECTED TO PLAINTIFFS AND DEFENDANTS REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFFS to the following individual(s):

George F. Hendricks
Hendricks & Hendricks
73 Patterson Street
New Brunswick, NJ  108901

**RAWLE & HENDERSON LLP**

/s/ Delia A. Clark
Delia A. Clark, Esquire – ID #54657
One South Penn Square
Philadelphia, PA 19107
(302) 778-1200
Attorney for Defendants

2115121-1