IN THE UNTIED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| YMINI CHEN and QINGMIAN LI | : |
| | : Civil Action No.: 07-cv-274 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| HASSAN ABDI ELMI, J.B. HUNT TRANSPORTATION, INC., JOHN DOES 1-10 and ABC CORPORATION 1-10, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esquire, do hereby certify that George F. Henreicks, Esquire served two true and correct copies of Plaintiffs' certified Answers to Defendant's Interrogatories via Federal Express delivery service on August 23, 2007, upon counsel for defendant, J. B. Hunt Transport, Inc., indicated below:

Delia A. Clark, Esquire
RAWLE & HENDRSON
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE  19899-0588

SILVERMAN, McDONALD & FRIEDMAN

/s/Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE
Bar I.D. No.: 3034
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Local Counsel for Plaintiffs

                        HENDRICKS & HENDRICKS

                        /s/George F. Henricks
                        GEORGE F. HENDRICKS, ESQUIRE
                        73 Paterson Street
                        New Brunswick, New Jersey 08901
                        (732) 828-7800
                        Attorney for Plaintiffs

DATED: August 23, 2007