UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| YIMIN CHEN and QINGMIAN LI,<br><br>   Plaintiff,<br>vs.<br><br>HASSAN ABDI ELMI, et al.,<br><br>   Defendants. | CIVIL ACTION NO:<br>07-cv-274 (SLR) |

## MOTION TO EXTEND DISCOVERY PERIOD

**COMES NOW**, Plaintiffs, by and through the undersigned counsel and respectfully requests that this Court enter an Order extending the current discovery period for an additional ninety (90) days. In support thereof Plaintiffs state as follows:

1. No previous extension has been obtained.

2. The discovery period currently expires on November 30, 2007.

3. The reports for retained experts expires on December 30, 2007.

4. Plaintiffs shall rely on the Certification attached hereto.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter the proposed order withdrawing docket entry number 22 previously filed on October 22, 2007, and replacing it with this Motion. Plaintiff respectfully requests that this Honorable Court extend the discovery period as well as extend the period in which retained expert reports under Rule 26(a)(2) on issues for which any party has the burden of proof

SILVERMAN, McDONALD & FRIEDMAN

BY: /s/ Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE
Bar I.D. No: 3034
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Local Counsel for Plaintiffs on behalf
of Hendricks & Hendricks, Esq.

Dated: November 14, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| YIMIN CHEN and QINGMIAN LI,<br><br>Plaintiff,<br><br>vs.<br><br>HASSAN ABDI ELMI, et al.,<br><br>Defendants. | CIVIL ACTION NO:<br>1:07-00274 (SLR)<br><br><br>CERTIFICATION OF GEORGE F. HENDRICKS IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY PERIOD |

GEORGE F. HENDRICKS, ESQ., of full age, hereby certifies and states as follows:

1. I am an attorney at law of the State of New Jersey and a partner with the law firm of Hendricks & Hendricks, Esqs., attorneys for Plaintiffs, Yimin Chen and Qingmian Li, in the captioned action. I am the attorney in the firm entrusted with the handling of this matter and am fully familiar therewith.

2. This Certification is filed in support to Plaintiff's Motion to Extend the discovery period with an expiration of November 30, 2007.

3. In addition, plaintiff further moves to extend the period in which retained experts reports are to be received by December 30, 2007.

4. Attorney for the Defendant has arranged for several defense medical examinations of the Plaintiffs. Unfortunately, Plaintiff, Qingmain Li, is currently unavailable because she is on a personal trip in China with an

anticipated return date of late November. Her scheduled medical examination arranged by the defendant is *October 25, 2007*. Ms. Li will not be returning home before that date.

      The Plaintiff, Yimin Chen, medical examinations are scheduled for *October 25, 2007* with Dr. Robert Dennis in Woodbridge, New Jersey, as well as, on *October 31, 2007* with Dr. Masur in East Brunswick, New Jersey. Mr. Chen works fulltime in Schenectady, New York, thereby having a temporary secondary residence in Schenectady, New York. He does not commute daily to their home in Bridgewater, New Jersey, and only commutes there on limited occasions since it is an approximate three (3) hour drive. My client has also informed me that he has difficulty driving for any long duration of time since the accident. Mr. Chen is requesting that these appointments be re-scheduled for possibly a Friday or Monday exams.

5.   Please be advised that my clients are agreeable to these medical examinations, however, they need to be re-scheduled. As to Yimen Chen, a morning appointment is requested to allow him to travel over the weekend. Ms. Li needs the appointment to be re-scheduled for a time upon her return to the United States in December.

6.   I have conferred with Delia Clark, defendant's counsel, in a good faith effort to resolve by agreement the issues raised herein without the intervention of the Court. They are willing to accommodate, however, cannot because of the current Court's Order setting forth these conditions.

She indicated that if the appointments are re-scheduled, they would be in conflict with the discovery period end date. Ms. Clark has indicate that they cannot comply with our request at this time until there is an Order with the Court.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

HENDRICKS & HENDRICKS

/s/George F. Henricks
GEORGE F. HENDRICKS, ESQUIRE
73 Paterson Street
New Brunswick, New Jersey 08901
(732) 828-7800

SILVERMAN, McDONALD & FRIEDMAN

/s/Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE
Bar I.D. No.: 3034
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Local Counsel for Plaintiffs

Dated: November 14, 2007

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| YIMIN CHEN and QINGMIAN LI,<br><br>          Plaintiff,<br>vs.<br><br>HASSAN ABDI ELMI, et al.,<br><br>          Defendants. | CIVIL ACTION NO:<br>07-cv-274 (SLR) |

**ORDER**

AND NOW, TO WIT, this _____ day of _____, 2007, having considered Plaintiff's Motion to Extend Discovery Period, and the Defendants' response thereto, if any;

IT IS HEREBY ORDERED that docket entry number 22, previously filed on October 22, 2007, is withdrawn and replaced with the attached Motion to Extend Discovery Period.

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Discovery Period is GRANTED. The discovery period in this matter shall be extended until the _____ day of _____, 200 ___. The period in which retained expert reports under Rule 26(a)(2) on issues for which any party has the burden of proof is extended until the _____ day of _____, 200 ___.

_____
The Honorable Sue L. Robinson

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| YIMIN CHEN and QINGMIAN LI,<br><br>Plaintiff,<br>vs.<br><br>HASSAN ABDI ELMI, et al.,<br><br>Defendants. | CIVIL ACTION NO:<br>07-cv-274 (SLR) |

CERTIFICATE OF SERVICE

I, Michael I. Silverman, Esquire, do hereby certify that two true and correct copies Plaintiff's Motion to Extend the Discovery Period were served via United States Mail, first class postage prepaid, this 14th day of November, 2007, upon:

Delia A. Clark, Esquire
RAWLE & HENDERSON
300 Delaware Avenue
Suite 1015, P.O. Box 588
Wilmington, DE 19899-0588

SILVERMAN, McDONALD & FRIEDMAN

/s/Michael I. Silverman
MICHAEL I. SILVERMAN, ESQUIRE
Bar I.D. No.: 3034
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Local Counsel for Plaintiffs

cc: George F. Hendricks, Esquire