IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YIMIN CHEN and QINGMIAN LI, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 07-274-SLR |
| | ) |
| HASSAN ABDI ELMI, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 26th day of November, 2007, having reviewed the parties' stipulation to extend the discovery period for ninety (90) days and having informed the parties that such an extension will cause the current trial date in this action to be removed from the court's calendar[1], to which the parties have agreed and verbally requested an extension of sixty (60) days instead;

IT IS ORDERED that said stipulation (D.I. 23) is granted as follows:

1. Discovery is extended until **May 3, 2008.**

2. Summary judgment motions and accompanying opening briefs shall be filed on or before **June 3, 2008**.

3. Answering briefs shall be filed on or before **June 17, 2008.**

_____

[1] The trial date will not be rescheduled until the pending dispositive motions are resolved by the court.

4. Reply briefs shall be filed on or before **June 24, 2008**.

                                                                       _____
                                                                       United States District Judge